IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 20-cv-05935 |
| | ) |
| SCHILLER PARK HOSPITALITY, LLC | ) Judge Gary Feinerman |
| d/b/a FOUR POINTS BY SHERATON | ) |
| CHICAGO O'HARE AIRPORT | ) Magistrate Judge Susan E. Cox |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Howard Cohan and the Defendant Schiller Park Hospitality, LLC hereby stipulate and agree to the voluntary dismissal of this action, without prejudice, each party to bear their own costs, including attorneys' fees. Dismissal shall automatically convert to dismissal, with prejudice, within thirty days of the date of this stipulation.

| HOWARD COHAN | SCHILLER PARK HOSPITALITY, LLC |
|---|---|
| By: /s/ *Marshall J. Burt* | By: /s/ *Jessica E. Quarless* |
| Marshall J. Burt, Esq. | Jessica E. Quarless |
| The Burt Law Group, Ltd. | Jackson Lewis P.C. |
| 77 W. Washington, Ste 1300 | 150 North Michigan Avenue |
| Chicago, IL 60602 | Suite 2500 |
| 312-419-1999 | Chicago, IL 60601 |
| Marshall@mjburtlaw.com | 312-787-4949 |
| | Jessica.Quarless@jacksonlewis.com |